MAR 0 6 2017

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**Teresa Ann Owen**
    5111 S. Meridian Lot 157
    Wichita, Kansas 67217
  *H. Ph#: 316-295-3302*
                Plaintiff

v.

**District Court of Sedgwick County,
18th Judicial District**
    525 N. Main
    Wichita, Kansas 67203

**State of Kansas, Department for Children
and Families**
    555 S. Kansas Ave
    Topeka, Kansas 66603

**Stephanie Uhlik**- Social Worker
~~230 E. William~~ *2601 S. Oliver St.*
Wichita, Kansas ~~67202~~ *67210*

**Kasey Shepherd**-Social Worker, Case Manager
4155 E. Harry St
Wichita, Kansas 67218

            Defendants

Case Number: *17-cv-1036-JTM-GEB*

**CIVIL COMPLAINT**

**A. Parties to this civil action:**

1. Plaintiff, Teresa Ann Owen is an individual representing herself pro se. She is the mother of Angelica Marie and Catrina H___ O___. Her husband is David William Owen. He is the father of Angelica Marie and Catrina H___ O___. Her address is 5111 S. Meridian Lot 157, Wichita, Kansas 67217.

2. Defendant, District Court of Sedgwick County, 18th Judicial District is a government entity with primary offices located at 1900 E. Morris, Wichita, Kansas 67211(Juvenile Division) and 525 N. Main, 7th Floor ,Wichita, Kansas 67203(Family Division). This defendant , at all times mentioned herein, acted through its agents: Judge Timothy Henderson, Judge Patrick Walters, Judge James Fleetwood, Judge Tim Lahey, Sandra Charbonneau(State's attorney), Boyd K. Isherwood(Sedgwick County Juvenile DA office, attorney for Appeals Court), Marc Bennett( Sedgwick County District Attorney), Karlin Gould(Guardian ad Litem), Jessica Basgall(Guardian ad Litem), Patrick Mitchell(court appointed attorney for both parents until July 2011), Peter Hagan(court appointed attorney for mother July 2011-February 2012), Richard Dickson(court appointed attorney for father July 2011-February 2012), court workers, TFI Family Services for supervised visitation, permanent custodians( Sheila R. and Jeffrey W. Crabtree) , and Sedgwick County CASA volunteer(Carolynn Guinan).

3. Defendant, State of Kansas, Department for Children and Families is a government entity with administrative office at 555 S. Kansas Ave ,Topeka, Kansas 66603 and regional office at 230 E. William,

Wichita, Kansas 67202. This defendant , at all times mentioned herein, acted through its agents: Phyllis Gilmore( Secretary of DCF), W. Jeff Kahrs( Chief of Staff), Melissa Ward( assistant to the Secretary), Bill Gale( regional director),Stephanie Uhlik(social worker), Judy Fowler(DCF attorney for child support), Danielle Bye( attorney for DCF, child support), Rose Thomasson(social worker from Douglas County Citizens Committee on Alcoholism(DCCCA)contracted for family preservation), Carol Bakker(social worker from DCCCA), Kasey Shepherd(social worker and case manager from Youthville- contracted foster care), Larry Prothro(social worker from Youthville), Meredith Whaley( supervisor from Youthville), Bill Reynolds(Customer Service from Youthville), foster parents( David and Sherry Hill), and permanent custodians(Sheila R. and Jeffrey W. Crabtree). Here are the addresses for:
Youthville
  4504 E 47th St S, Wichita, Kansas 67210

DCCCA
1319 W. May, Wichita, Kansas 67213

David and Sherry Hill(foster parents)
5634 W. US Hwy 50, Newton, Kansas 67114

Sheila R. and Jeffrey W. Crabtree
358 N. High, Wichita, Kansas 67203

   4. Defendant, Stephanie Uhlik is a social worker for Department for Children and Families(DCF), DCF was formerly named Social and Rehabilitation Services. Her work address is Department for Children and Families, 230 E. William, Wichita, Kansas 67202.

   5. Defendant, Kasey Shepherd was a social worker and case manger at Youthville. She still is a social worker. She is employed by St. Francis Community Services at 4155 E. Harry St, Wichita, Kansas 67218.

B. **Cause of Action**
  28 U.S.C.1331
  Brief Description:
  First Amendment Violations (Religious Freedom),
  Fourteenth Amendment(Parents' Rights) Violations,
  Americans with Disability Act Violations

C. **Statement of Claim**
   Attached is the Affidavit Statement of Facts which has been given to the US Department of Justice Disability Office, US Health and Human Services Office for Civil Rights, US Health and Human Services Children's Bureau, and Kansas District Department of Justice.

D. Relief: David W. and Teresa A. Owen regain custody of Angelica M. and C████ H. O███. The family is allowed to practice their faith. The parents chose education and medical care. Teresa A. Owen is requesting child support judgment be overthrown. The child support judgment violates the American Disability Act. The state attorney was hoping Teresa A. Owen would be ordered to find full time work even though the judge refused to do so because it would violate Teresa A. Owen's Religious Freedom.

E. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?
   Yes

F. Do you claim actual damages for the acts alleged in your complaint?
   Yes

G. Do you claim punitive monetary damages?
   Yes

| Person | Amounts Claimed | Reason |
|---|---|---|
| David W. Owen | $3,000,000 | Religious Freedom violations were outrageous. The acts of the defendants are causing his disability to become worse. Asking Stephanie Uhlik and Kasey Shepherd to each pay $350,000 for civil , parental, and disability rights violated by these two social workers. They did not respect him as the husband and father. |
| Teresa A. Owen | $3,000,000 | Religious Freedom violations were outrageous. The acts of the defendants are causing her disability to become worse-loss of teeth, loss of bone density, loss of sensation in legs. She cannot obtain a teacher's license because of the court documents suggesting she has Munchausen by Proxy. She has spent over $100,000 in her college education Asking Stephanie Uhlik and Kasey Shepherd to each pay $350,000 for civil , parental, and disability rights violated by these two social workers. They did not respect her as the wife and mother. |
| Angelica M. Owen | $5,000,000 | Religious Freedom violations were outrageous. The acts of the defendants are causing her disability to become worse. Her skills have regressed. She is autistic. She rarely talks which is a symptom of her shutting down. She has not been allowed to see her specialists, use medical equipment, use her therapy dog for seizures. She is being medically neglected.<br>Asking Stephanie Uhlik and Kasey Shepherd to each pay $350,000 for civil and disability rights violated. They did not follow doctors' orders. This may shorten her life according to research which Dr. Harris-Burke talked about. |
| C. H. O. | $5,000,000 | Religious Freedom violations were outrageous. The acts of the defendants are causing her disability to become worse. She has not been allowed to see her specialists, use medical equipment, use her therapy dog for calming down. She is being medically neglected. Asking Stephanie Uhlik and Kasey Shepherd to each pay $350,000 for civil and disability rights violated. They did not follow doctors' orders. This may shorten her life according to research which Dr. Harris-Burke talked about. |

H. David W. And Teresa A. Owen have filed complaints with many federal agencies, state offices, and Court of Appeals of the state of Kansas-
US Health and Human Services- Children's Bureau and OCR
US Department of Education OCR- Nate Harris contacted Teresa A. Owen
FBI office in Kansas City
Department of Justice Disability Rights Office- you need to send complaint to US HHS OCR- US HHS OCR stated the complaint was too old- sent letter asking to reopen complaint. Meeting at Wichita State was attended by Steven Mitchell for US HHS OCR in Kansas City. He stated he would look into our cases and find out why he did not receive the complaints which were faxed and mailed. Deborah Smith for US HHS Children's Bureau was also at the meeting . She stated she would look into our cases and why the DC office did not follow the requests of President Obama.
Department of Justice Kansas District- received a letter to send complaint to DOJ Disability Office
Attorney Discipline Office- will not investigate, sending request to reopen complaints
Judicial Review- will not investigate,sending request to reopen complaints

Kansas Behavioral Science Board- will not investigate, sending request to reopen complaints
Kansas Healing Arts Board- started investigating. Investigation stopped after court found out about the
investigation. Sending request to reopen complaint.
Court of Appeals for the State of Kansas has dismissed our appeals.

Related Court Cases:
    Judge: Tim Lahey
      Docket Number: 15PR895 Annual Reports from Co-Guardians must be submitted

    Judge: Patrick Walters
      Docket Number: 11JC31 Closed-child turned 18 years old

    Judge: Patrick Walters
    Docket Number : 11JC32 Still Open

    Court of Appeals of the State of Kansas Cases: 14-1115000-A and 14-1115001-A are dismissed

Signature of Plaintiff

Teresa A. Owen ProSe
5111 S. Meridian Lot 157
Wichita, Kansas 67217
316-295-3302(home)
316-990-6481(cell)
316-239-1145(fax)