# UNITED STATES DISTRICT COURT

### DISTRICT OF KANSAS

TERESA ANN OWEN,

                Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

DISTRICT COURT OF SEDGWICK COUNTY, KANSAS, et al.

Case Number: 17-1036-JTM

                Defendants.

      IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed July 27, 2017, that the court adopts the R&R and dismisses plaintiff's case for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).

TIMOTHY M. O'BRIEN, Clerk of Court

July 27, 2017
Date

By    s/ J. Roach
        Deputy Clerk